IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TERRELL FRANKLIN, SR.**                                                                                   **PLAINTIFF**

v.                                                           **CIVIL ACTION NO. 1:24-cv-00299-TBM-RPM**

**HARRISON COUNTY BOARD OF SUPERVISORS, et al.**                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 31st day of January, 2025.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE